IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LARRY GREEN,                   )
                               )
    Petitioner,                )
                               )    CIVIL ACTION NO.
    v.                         )      2:22cv155-MHT
                               )           (WO)
DEBORAH TONEY, et al.,         )
                               )
    Respondents.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 12) is adopted.

(2) The petition for writ of habeas corpus (Doc. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 30th day of November, 2023.

                                    /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**